UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:15-cr-152-T-30TBM

HON CHRISTIAN PHAM

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 16) for the following:

1. A Mossberg 12 gauge shotgun, Model: 930, Serial Number: AF087480;

2. An ADEQ multi-caliber, Model: Paladin, Serial Number: EP000059;

3. A Stag Arms, Model: STAG 15, .56 caliber rifle, Serial Number: 310258;

4. A Glock 19, 9mm pistol, Serial Number: VKY100;

5. A Bushmaster, Model: XM15-E25, Serial Number: L4304420;

6. A Sig Sauer P226 pistol, Serial Number: UU751093;

7. A Sig Sauer P229 ELITE pistol, Serial Number: AM166054;

8. A Sig Sauer P220 ELITE pistol, Serial Number: G523504;

9. A Sig Sauer P226 pistol, Serial Number: UU747931;

10. A Walter P22, .22 caliber, Serial Number: N093124;

11. A Ruger Mark II Target, .22 caliber, Serial Number: 214-05637;

12. An EJERCITO Argentino, Model: 1911, Serial Number: 33507;

13. A Colt MKIV, Serial Number: 70G87808;

14. A Christensen Arms, Serial Number: CX0001 9;

15. A Sig Sauer P220, Serial Number: 37A015011;

16. A Smith & Wesson, Model: SW911, Serial Number: UCT1848;

17. A Taurus PT1911, .45 caliber, Serial Number: NGW70313;

18. A Kimber Eclipse ULEII pistol, .45 caliber, Serial Number: KU32376;

19. A Smith & Wesson, Model: SW1911SC, .45 caliber, Serial Number: UCS8867;

20. A Sig Sauer P226 ELITE, Serial Number: U892230;

21. A Smith & Wesson 686, .357 revolver, Serial Number: CBH6342;

22. A LASERAIM pistol, .45 caliber, Serial Number: C01166;

23. A Kimber Stainless Pro Raptor II, .45 caliber, Serial Number: KR172856;

24. A Kimber Super Carry Ultra, .45 caliber, KU169366;

25. A Sig Sauer P226, Serial Number: UU763702;

26. A Colt MKIV, .45 caliber, Serial Number: 70G53582;

27. A Springfield Armory 9mm, Serial Number: Am13152 P9LSP;

2

28. A FEGYVERGYAR, FEG Frommer Stop Pistol, .32 caliber, Serial Number: 57646;

29. A PARAUSA Executive Carry 1911, .45 caliber, Serial Number: K045541;

30. A STI (Strayer Tripp Intl) WASP pistol, Serial Number: TS3760;

31. A Springfield Armory Operator Pistol, .45 caliber, Serial Number: NM167573;

32. A Kimber Master Pro Carry pistol, Serial Number: KR207547;

33. A Ruger Model: Single 6 pistol, Serial Number: 462422;

34. An Unknown Stainless revolver, .44 caliber, Serial Number: 86-06509;

35. A Smith & Wesson, Model: 686, .357 caliber, pistol, Serial Number: CBD9025;

36. A Smith & Wesson, Model: 442, Airweight Revolver, .38 caliber, Serial Number: CTC2968;

37. A Smith & Wesson, Model: 686, .357 revolver Serial Number: DAP4502;

38. A Charter Arms Undercover .38 caliber revolver, Serial Number: 67447;

39. A Smith & Wesson pistol, Model: 945, .45 caliber pistol, Serial Number: RSB0046;

40. A Kimber Compact Stainless II .45 caliber pistol, Serial Number: K22260;

3

41. A Colt pistol, .45 caliber, Model: 1911, Serial Number: SF37527;

42. A Taurus PT 1911 AR pistol, .45 caliber, Serial Number: NAX76534;

43. An Upper rifle Receivers, .223/.556 caliber;

44. A Christensen Arms CA 15 rifle, Serial Number: CA00262;

45. A Schmeisser German Sports Gun, Model: GSG-STG44, .22 caliber, Serial Number: A567986;

46. A Century Arms R1A1 Sporter rifle, .308 caliber, Serial Number: 01-02615;

47. A Christensen Arms CA 15 rifle, Serial Number: CA00223;

48. A Good Time Outdoors Core 15 rifle, caliber 556, Serial Number: GTOC052182;

49. A Remington Arms 7400 Carbine rifle, Caliber 30-06, Serial Number: B8340251;

50. A RomarmiCugir PAR-1 rifle, .762 caliber, Serial Number: P1-00051-01;

51. A Browning 12 Gauge shotgun, Model: 20 Weight, Serial Number: 5A47895;

52. A Marlin Firearms rifle, Model: 30AS, 3030 caliber, Serial Number: 10026752;

53. A Marlin Firearms rifle, Model: 444, .444 caliber, Serial Number: 99046278;

54. An Unknown Double Barrel shotgun, Serial Number: 16895;

55. A Marlin Firearms rifle, .22 caliber, Serial Number: 12501450;

4

56. A Norinco SKS Sporter rifle, .762 caliber, Serial Number: 9329834;

57. A Winchester rifle, Model: 1894, 3030 caliber, Serial Number: WFC14018;

58. A Sig Sauer Sig 556 rifle, 5.56 caliber, Serial Number: JT008545

59. An Excel Arms rifle, Model: MR22, .22 caliber, Serial Number: RA-03625;

60. A Ruger Model: 1022 rifle, .22 caliber, Serial Number: 258-03998;

61. A Winchester rifle, Model: 67, .22 caliber, No Serial Number;

62. A Taurus rifle, Model: S12-308, .308 caliber, Serial Number: SR375412;

63. A Sig Sauer P556 pistol, Serial Number: TQ001816;

64. A DPMS rifle, Model: LR308, Serial Number: 26759;

65. A Winchester rifle, Model: 63, .22 caliber, Serial Number: 50467A;

66. A Winchester rifle, Model: 1903, .22 caliber, Serial Number: 51207;

67. A Whitney Firearms pistol, Model: Lightning, .22 caliber, Serial Number: 29845;

68. A Spikes Tactical rifle, Model: ST-15 AR15, Serial Number: RM-12365;

69. A Rock River Arms LAR-15 rifle, 556mm, Serial Number: CM74969;

70. An MSAR rifle, caliber 223, Model: STG556, Serial Number: 600-P005828;

71. A Spikes Tactical rifle, caliber 223, Model: ST-15 AR15, Serial Number: PD010904;

72. A Surplus Ammo & Arms rifle, caliber 556, Model: LOW15, Serial Number: SA12810;

73. A Beretta Umarex rifle, .22 caliber, Model: ARX160, Serial Number: PB003415;

74. A Spikes Tactical AR15 rifle, caliber 223, Model: SL15, Serial Number: SAR34185;

75. A Benelli Ultra-Light shotgun, caliber 20, Serial Number: N1 09478;

76. A Keltec, Model: RFB, caliber 762, Serial Number: T1G29;

77. A DPMS rifle, Model: LR308, caliber 308, Serial Number: 64144;

78. A DPMS rifle, Model: A15, . 223 caliber, Serial Number: FH205320;

79. A Mossberg rifle, Model: 402, .22 caliber, No Serial Number;

80. A Benelli M3 Super 90 12 Gauge shotgun, Serial Number: M397609;

81. A Winchester Buffalo Bill Commerative rifle, 3030 caliber, Serial Number: WC117022;

82. A Bushmaster AR15 rifle, Model: XM15-E2S, Serial Number: L305177;

83. A Mitchell Arms Model: Trophy II pistol, .22 caliber, Serial Number: T202400;

84. A Benelli Super Sport 12 Gauge shotgun, Serial Number: F278070;

85. A Benelli M2 12 Gauge shotgun, Serial Number: M738645;

86. A Ruger rifle, Model: 1022, .22 caliber, Serial Number: USST00975;

87. A Winchester Diamond Grade 12 Gauge shotgun, Serial Number: DG489264E;

88. A Beretta Silver Pigeon 12 Gauge shotgun, Serial Number: M20967B;

89. A Caesar Guerini 12 Gauge shotgun, Serial Number: 101703;

90. A Vulcan V50SS rifle, .50 caliber, Serial Number: BF0184;

91. Stoeger 12 Gauge shotgun, Model: 2000, Serial Number: 1241713; and

92. Assorted Ammunition.

Being fully advised of the relevant facts, the Court hereby finds that the firearms and ammunition were involved in the defendant's business of dealing in firearms without a license, for which he pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 16) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 7th day of August, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2015\15-cr-152 forfeit 16.docx